UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID W. POTTS; STOCKTON AUTO DISMANTLERS, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-00289-JAM-DAD<br><br>**ORDER** |

## **ORDER**

Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 5/18/2015        /s/ John A. Mendez_____
                        HONORABLE JOHN A. MENDEZ
                        UNITED STATES DISTRICT COURT JUDGE